No. 10226.   Petition of KARL A. WAGNER for Writ of Habeas Corpus.
Decided February 28, 1961.
359 P.2d 510.

MR. CHIEF JUSTICE JAMES T. HARRISON:

The Court having before it the petition of Karl A. Wagner for a writ of habeas corpus, and having before it copy of petitions for writ of habeas corpus filed before the District Court of Cascade County and before the District Court of Powell County, Montana, and having considered the several petitions and finding them without merit, the petition for writ of habeas corpus is hereby denied.

MR. JUSTICES ANGSTMAN, CASTLES and JOHN C. HARRISON concur.